IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT ALAN CARPENTER                                                PLAINTIFF

v.                          Civil No. 07-6016

INVESTIGATOR RON MARTINEAU;
CIRCUIT JUDGE JOHN HOMER WRIGHT;
PUBLIC DEFENDER MARK S. FRAISER;
GARLAND COUNTY SHERIFF LARRY
SANDERS; and DEPUTY PROSECUTING
ATTORNEY BRENT MILLER                                                DEFENDANTS

## ORDER

Robert Alan Carpenter submitted this pro se action for filing. The clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The application to proceed IFP is granted. Pursuant to the provisions of the Prison Litigation Reform Act **the clerk is directed to collect the $350.00 filing fee from the plaintiff.** The matter of service will be determined at a later time.

IT IS SO ORDERED this 20th day of March 2007.

HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 23 2007

CHRIS R. JOHNSON, CLERK
BY _____ DC
       DEPUTY CLERK

-1-