IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT ALAN CARPENTER                                      PLAINTIFF

    v.                           No. 07-6016

INVESTIGATOR RON MARTINEAU;
CIRCUIT JUDGE JOHN HOMER WRIGHT;
PUBLIC DEFENDER MARK S. FRAISER;
GARLAND COUNTY SHERIFF LARRY
SANDERS and DEPUTY PROSECUTING
ATTORNEY BRENT MILLER                                      DEFENDANTS

### ORDER

Now on this 1st day of June 2007, there comes on for consideration the report and recommendation filed herein on May 7, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 12). Plaintiff has not filed any objections to the report and recommendation. Plaintiff did file a supplement to his complaint on May 10, 2007, which the Court has considered.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's claims against Investigator Ron Martineau, Circuit Judge John Homer Wright, Public Defender Mark S. Fraiser, and Deputy Prosecuting Attorney Brent Miller are DISMISSED on the grounds that the claims are frivolous, fail to state claims upon which relief may be granted, and seek relief against defendants who are immune from suit. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds

at any time).  The case will proceed against Garland County Sheriff Larry Sanders with respect to Plaintiff's claims he is being denied access to the law library and there is interference with his mail.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)