```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                HOT SPRINGS DIVISION
```

ROBERT ALAN CARPENTER                                    PLAINTIFF

v.                          Case No. 07-6016

GARLAND COUNTY SHERIFF
LARRY SANDERS                                            DEFENDANT

### ORDER

Now on this 26th day of July 2007, there comes on for consideration the report and recommendation filed herein on June 26, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 20). Plaintiff's mail was returned as undeliverable on July 6, 2007. That same date, a copy of the report and recommendation was mailed to Plaintiff to another address which was verified by the Arkansas Department of Corrections. To date, Plaintiff has not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, this action is dismissed on the grounds that Plaintiff has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

```
                          /s/ Robert T. Dawson
                          Honorable Robert T. Dawson
                          United States District Judge
```